### Commonwealth *v.* Watkins, Appellant.

Submitted April 13, 1970. *S. Sanford Kantz,* and *Levine and Kantz,* for appellant;

*Kenneth E. Fox, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.